## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| **ROBERT D. GERATHY,** | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )  Civil No.  04-139-P-S |
| | ) |
| **JO ANNE B. BARNHART,** | ) |
| **Commissioner of Social Security** | ) |
| **Defendant.** | ) |

## ORDER ACCEPTING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision dated May 24, 2005 (Docket # 9), the Recommended Decision is accepted.

Accordingly, it is ORDERED that the Commissioner's decision is VACATED and the case is REMANDED to the Commissioner for further proceedings.

    /s/ George Z. Singal
    Chief United States District Judge

Dated this 23rd day of June 2005.